# Third District Court of Appeal

## State of Florida

Opinion filed January 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-121
Lower Tribunal Nos. F10-29982, F10-34928, F11-24364,
F12-21278, F12-28875

_____

**Antonio Gonzalez, Jr.,**

Appellant,

vs.

**The State of Florida,**

Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Antonio Gonzalez, Jr., in proper person.

Ashley Moody, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before HENDON, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.